## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Jose Luis Majao aka Jose Majao**
                    **Debtor(s)**

**BK NO. 25-02434 MJC**

**Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
28 Oct 2025, 13:24:16, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322