**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   **Jose Luis Majao**

                        Debtor(s)

Case No.   **5:25-bk-02434**

Chapter   **13**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED**
**EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**

Label Matrix for local noticing
0314-5
Case 5:25-bk-02434-MJC
Middle District of Pennsylvania
Wilkes-Barre
Mon Nov 17 11:24:55 EST 2025

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Amex/CBNA
9111 DUKE BLVD MASON
Mason, OH 45040-8999

Apple Cards/GS Bank USA
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170-0001

CAP1/KOHLS DEPARTMENT STORE
PO BOX 31293
Salt Lake City, UT 84131-0293

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards CBNA
P.O. Box 6241
Sioux Falls, SD 57117-6241

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group, P.C.
Ste 5000 - BNY Independence Center
701 Market St
Philadelphia, PA 19106-1538

Kinecta Federal Credit Union
P.O. Box 1003
Manhattan Beach, CA 90267-1003

Lakeview Loan Servicing, LLC
4425 Ponce De Leon Blvd
Miami, FL 33146-1839

Lakeview Loan Servicing, LLC
C/O M&T BANK
Buffalo, NY 14240-0840

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NATL INSTS OF HEALTH
111 Rockville Pike Ste 5
Rockville, MD 20850-5109

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union Attn Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-3000

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pentagon Federal CR UN
2930 Eisenhower Ave
Alexandria, VA 22314-4557

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Titan Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

(p)SERVICE CREDIT UNION
PO BOX 1268
PORTSMOUTH NH 03802-1268

SYNCB/PPMC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/Sams Club
PO Box 965005
Orlando, FL 32896-5005

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Service FCU
3003 Lafayette Road
Portsmouth, NH 03801-5904

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Exhibit "A"